# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 519 WAL 2014
:
         Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
JULIAN DAIN MCDONALD, :
:
        Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.